IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAUN AUSTIN | : | CIVIL ACTION |
|  | : | NO. 11-2847 |
| v. | : |  |
|  | : |  |
| LEON HILL, et. al. | : |  |

**ORDER**

AND NOW, this 7th day of July, 2014, upon consideration of the four motions in limine brought by plaintiff Shaun Austin (Dkt. Nos. 50, 51, 53, 54) and defendant Correctional Officers Leon Hill and Jamie Brannon (Dkt. No. 46), and all replies and responses thereto, it is ORDERED that:

1) Plaintiff's motion to exclude evidence of his criminal and sexual history is GRANTED in part and DENIED in part in accordance with the accompanying memorandum of law;

2) Plaintiff's motion to exclude the Fuls Report is GRANTED;

3) Plaintiff's motion to preclude comments and questioning regarding defendants' feelings about being sued is GRANTED;

4) Plaintiff's motion to preclude "Golden Rule" comments during trial is GRANTED;

5) Defendant's motion to preclude photographs depicting plaintiff's injuries is DENIED; and

6) On or before Monday, July 14, 2014 defendants may file a motion in limine and an accompanying brief to exclude documents identified by plaintiff as potential exhibits. Plaintiff's responses to any such motions in limine shall be filed on or before Monday, July 21, 2014.

/s/ Thomas N. O'Neill Jr.
THOMAS N. O'NEILL, JR., J.