IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAUN AUSTIN | : | CIVIL ACTION |
| | : | NO. 11-2847 |
| v. | : | |
| | : | |
| LEON HILL, et. al. | : | |

**<u>ORDER</u>**

AND NOW, this 1st day of August, 2014, upon consideration of the motion in limine brought by defendant Correctional Officers Leon Hill and Jamie Brannon (Dkt. No. 74) and plaintiff Shaun Austin's response thereto (Dkt. No. 75), and consistent with the accompanying memorandum of law, it is ORDERED that:

1) Defendants' motion to exclude plaintiff's exhibit P-11: NCP Investigative Report is DENIED;

2) Defendants' motion to partially exclude plaintiff's exhibit P-13: Report of Extraordinary Occurrence is GRANTED.  The document shall be redacted to exclude the following statement: "Inmate Torres freely stated to me that he 'I cut him (Austin) because I have problem with him.'  Torres then stated that he had used a razor blade.  I asked what happened to the blade and he stated that he flushed it down the toilet";

3) Defendants' motion to exclude plaintiff's exhibit P-21: Formal Misconduct Report is DENIED;

4) Defendants' motion to exclude plaintiff's exhibit P-22: 2/12/09 Incident Report is DENIED;

5) Defendant's motion to exclude plaintiff's exhibit P-30: 7/10/08 Formal Misconduct Report is GRANTED; and

6) Defendant's motion to exclude plaintiff's exhibit P-31: 11/11/08 Formal Misconduct Report is GRANTED

        /s/ Thomas N. O'Neill Jr.
        THOMAS N. O'NEILL, JR., J.